# FARIBAULT PACKING & PRODUCE COMPANY v. O. O. STORLIE.[1]

## July 18, 1919.

## No. 21,507.

**Dismissal of appeal — case followed.**

Motion for new trial on the grounds (1) that the verdict was not justified by the evidence; and (2) errors in law, was granted, but the order was silent on the grounds therefor. Appeal from the order, and motion to dismiss the appeal granted on the authority of Heide v. Lyons, 128 Minn. 488, 151 N. W. 139. [Reporter.]

**Appeal and error — grant of new trial without giving reason — effect of statute.**

Section 7828, G. S. 1913, to the effect that the court shall not presume that an order granting a new trial which is silent as to the ground thereof, was granted on the ground that the verdict was not justified by the evidence, was intended to abolish a rule of the court which permitted such presumption. It can have no effect in determining the appealable character of the order. [Reporter.]

PER CURIAM.

Motion to dismiss an appeal from an order granting a new trial. The

[1]Reported in 173 N. W. 400.

motion is granted. The case comes within the rule stated and applied in Heide v. Lyons, 128 Minn. 488, 151 N. W. 139. There, as in the case at bar, the motion for a new trial was based upon the grounds: (1) That the verdict was not justified by the evidence; and (2) errors in law. The order granting a new trial was silent as to the grounds thereof. The order in this case is likewise silent on that point. The two cases cannot be differentiated. The provision found in G. S. 1913, § 7828, to which counsel for appellant calls attention, to the effect that the court shall not presume that an order granting a new trial which is silent as to the ground thereof was granted on the ground that the verdict was not justified by the evidence, was intended to abolish a rule of the court which permitted such presumption, and can have no effect in determining the appealable character of the order.

Appeal dismissed.